NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C.A. CASYSO GMBH,**
*Appellant*

**v.**

**HEMOSONICS LLC,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-1444

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00950.

---

**JUDGMENT**

---

CHRISTOPHER DRYER, Fish & Richardson PC, Washington, DC, for appellant.

BRIAN W. NOLAN, Mayer Brown, LLP, New York, NY,

argued for appellee.  Also represented by LISA M. FERRI; YING-ZI YANG.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor.  Also represented by THOMAS W. KRAUSE, WILLIAM LAMARCA, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 13, 2022</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court